Raymond C. Wise, Plaintiff-Appellant, v. Ethel Hayunga, as Administrator of the Estate of Henry Hayunga, Deceased, Defendant-Appellee.

Gen. No. 11,458.

Second District, Second Division.

May 6, 1961.

Manus & Manus, for appellant; Bert P. Snow, for appellee. Opinion by JUDGE SPIVEY. Not to be published in full.